IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS,         : | |
|     Plaintiff,                       : | |
|                                            : | |
| v.                                       : | Civil Action No.04-1347 (GMS) |
|                                            : | |
| WILLIAM WILSON, individually and         : | |
| in his official capacity as a police officer of the : | |
| Town of Smyrna; BRIAN MOORE, individ-    : | |
| ually and in his official capacity as a police     : | |
| officer of the Town of Smyrna.           : | |
|     Defendants.                      : | |

**NOTICE OF SERVICE**

Pursuant to Local Rule 5.4, the undersigned hereby certifies that the Plaintiff's Answers to

Defendants Interrogatories were served as noted below on March 2, 2005 upon the following:


Bruce C. Herron, Esquire
Akin & Herron, P.A.
1220 Market Street - Suite 300
Wilmington, DE 19801
**By Hand Delivery**


   /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
303-656-9850
E-Mail: jmbern001@comcast.net
Attorney for Plaintiff


Dated: March 3, 2005