IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS,<br>   Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No.04-1347 (GMS)<br>: |
| WILLIAM WILSON, individually and<br>in his official capacity as a police officer of the<br>Town of Smyrna; BRIAN MOORE, individ-<br>ually and in his official capacity as a police<br>officer of the Town of Smyrna.<br>   Defendants. | :<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

     I hereby certify that on March 3, 2004, I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

        Bruce C. Herron, Esquire
        Akin & Herron, P.A.
        1220 N. Market Street - Suite 300
        Wilmington, DE 19801

     I hereby certify that on _____, I mailed the above document(s), by First Class Mail, to the Following non-registered participants: **N/A**

        /s/ Joseph M. Bernstein
        JOSEPH M. BERNSTEIN (Bar #780)
        800 N. King Street - Suite 302
        Wilmington, DE 19801
        302-656-9850
        E-mail: jmbern001@comcast.net