IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS,<br>　　Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No.04-1347 (GMS) |
| | : |
| WILLIAM WILSON, individually and<br>in his official capacity as a police officer of the<br>Town of Smyrna; BRIAN MOORE, individ-<br>ually and in his official capacity as a police<br>officer of the Town of Smyrna.<br>　　Defendants. | :<br>:<br>:<br>:<br>:<br>: |

### RE-NOTICE OF DEPOSITION

TO: BRUCE C. HERRON, ESQUIRE
　　Akin & Herron, P.A.
　　1220 N. Market Street - Suite 300
　　PO Box 25047
　　Wilmington, DE 19801
　　Attorney for Defendants

　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of the following persons on **April 21, 2005**, at the times listed below, at the law offices of Joseph M. Bernstein, 800 N. King Street, Suite 302, Wilmington, Delaware 19801:

　　　　William Wilson　　　　10:00 a.m.

　　　　Brian Moore　　　　　　11:00 a.m.

　　　　　　　　　　　　　　/s/ Joseph M. Bernstein
　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 8, 2005
cc: Hawkins Reporting Service