IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No.04-1347 (GMS)<br>: |
| WILLIAM WILSON, individually and<br>in his official capacity as a police officer of the<br>Town of Smyrna; BRIAN MOORE, individ-<br>ually and in his official capacity as a police<br>officer of the Town of Smyrna.<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF DEPOSITION**

TO: BRUCE C. HERRON, ESQUIRE
    Akin & Herron, P.A.
    1220 N. Market Street - Suite 300
    PO Box 25047
    Wilmington, DE 19801
    Attorney for Defendants

    PLEASE TAKE NOTICE that pursuant to Fed.R.Civ.P., Rule 30(b)(6), the undersigned will take the oral deposition of a designated representative of the Town of Smyrna Police Department on **April 27, 2005 at 2:00 p.m.**, at the law offices of Joseph M. Bernstein, 800 N. King Street, Suite 302, Wilmington, Delaware 19801.

The matters on which the examination is requested concern the installation and operation of the video surveillance system located at the Smyrna Police Department Building as it existed on or about April 28, 2004 and as to any modifications to said system subsequently made.

           s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net
Attorney for Plaintiff

Dated: March 24, 2005
cc: Hawkins Reporting Service