IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )   C.A. No. 04-1347 ) |
| WILLIAM WILSON, individually and in his official capacity as a police officer of the Town of Smyrna, BRIAN MOORE, individually and in his official capacity as a police officer of the Town of Smyrna, | ) ) ) ) ) ) ) ) |
|     Defendants. | ) ) |

**RE-NOTICE OF DEPOSITION**

TO:   Joseph M. Bernstein, Esquire
       800 North King Street, Suite 302
       Wilmington, DE 19801-3544

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Officer William Hussong at the offices of Akin & Herron located at 1220 N. Market Street, Suite 300, Wilmington, Delaware 19801, on Wednesday, April, 20, 2005, at 3:00 p.m.

                              **AKIN & HERRON, P.A.**

                              /s/ Bruce C. Herron
                              Bruce C. Herron, Esquire
                              Atty. I.D. No.: 2315
                              1220 N. Market Street, #300
                              P.O. Box 25047
                              Wilmington, DE 19899
                              (302) 427-6987
                              Attorney for Defendants

Dated: April 11, 2005
cc:   Ambassador Legal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WILLIAM WILSON, individually )<br>and in his official capacity )<br>as a police officer of the )<br>Town of Smyrna, BRIAN MOORE, )<br>individually and in his )<br>official capacity as a )<br>police officer of the Town of )<br>Smyrna, )<br>)<br>   Defendants. ) | C.A. No. 04-1347 |

**NOTICE OF SERVICE**

I hereby certify that on this <u>11th</u> day of <u>April</u>, 2005, I electronically filed two (2) copies of **DEFENDANTS' RE-NOTICE OF DEPOSITION** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following attorney listed below:

Joseph M. Bernstein, Esquire
800 North King Street, Suite 302
Wilmington, DE 19801-3544

                              **AKIN & HERRON, P.A.**

                              /s/ Bruce C. Herron
                              Bruce C. Herron, Esquire
                              Atty: I.D. No.: 2315
                              1220 N. Market Street, #300
                              P.O. Box 25047
                              Wilmington, DE 19899
                              (302) 427-6987
                              Attorney for Defendants

H:\tmw5\data\files\Docs\3651.022\RNOD\1581.wpd