IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STEPHAN ROBERTS | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 04-1347 GMS |
| WILLIAM WILSON, individually and | : | |
| in his official capacity as a police | : | TRIAL BY JURY IS DEMANDED |
| officer of the Town of Smyrna; BRIAN | : | |
| MOORE, individually and in his official | : | |
| capacity as a police officer of the Town | : | |
| of Smyrna, | : | |
|     Defendants. | | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance on behalf of defendants, WILLIAM WILSON, individually and in his official capacity as a police officer of the Town of Smyrna, and BRIAN MOORE, individually and in his official capacity as a police officer of the Town of Smyrna, in the above-captioned matter.

                                                **MARSHALL, DENNEHEY, WARNER,**
                                                **COLEMAN & GOGGIN**

                                                **BY: /s/Kevin J. Connors**
                                                    KEVIN J. CONNORS, ESQ.
                                                     DE ID#2135
                                                     1220 N. Market St. 5th Floor
                                                     P.O. Box 8888
                                                     Wilmington, DE  19899
                                                     Attorney for Defendants,
                                                     William Wilson, individually and
                                                     in his official capacity as a police
                                                     officer of the Town of Smyrna, and
                                                     BRIAN MOORE, individually and
                                                     in his official capacity as a police
                                                     officer of the Town of Smyrna

DATED: April 11, 2005
\15_A\LIAB\KJC\CORR\274827\LAS\03127\00769

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served upon all persons listed below a true and correct copy of the ***Entry of Appearance,*** in the above-captioned matter this date by electronic filing:

Joseph M. Bernstein, Esquire
Joseph M. Bernstein, Attorney at Law
800 North King Street, Suite 302
Wilmington, DE 19801

Bruce C. Herron, Esquire
Akin & Herron, P.C.
1220 N. Market Street, Suite 300
P.O. 25047
Wilmington, DE  19899

        MARSHALL, DENNEHEY, WARNER
        COLEMAN & GOGGIN

BY: /s/ Kevin J. Connors
        Kevin J. Connors, Esquire
        I.D. No. 2135
        1220 N. Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE  19899-8888
        Attorney for Defendants,
        William Wilson, individually and
        in his official capacity as a police
        officer of the Town of Smyrna, and
        BRIAN MOORE, individually and
        in his official capacity as a police
        officer of the Town of Smyrna

DATED:  April 11, 2005
\15_A\LIAB\KJC\CORR\274827\LAS\03127\00769