# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
———————
DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

December 6, 2005

**VIA E-MAIL & FIRST CLASS MAIL**
Honorable Mary Patricia Thynge
United States Magistrate Judge
United States District Court
District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    RE: **Stephan Roberts v. William Wilson & Brian Moore**
           **C.A. No.: 04-1347 (GMS)**

Dear Judge Thynge:

    I am pleased to report that the parties have reached a settlement in the above matter. Counsel will file a Stipulation of Dismissal once closing documents have been exchanged.

                      Respectfully,

                      /s/ Bruce C. Herron
                      Bruce C. Herron
                      Attorney for Defendants

BCH:tad
cc:  Joseph M. Bernstein, Esquire (via fax only)
     Kevin J. Connors, Esquire (via fax only)

H:\tmw5\data\files\Docs\3651.022\CORR\3172.WPD