IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEPHAN ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-1347 |
| ) | |
| WILLIAM WILSON, individually ) | |
| and in his official capacity ) | |
| as a police officer of the ) | |
| Town of Smyrna, BRIAN MOORE, ) | |
| individually and in his ) | |
| official capacity as a ) | |
| police officer of the Town of ) | |
| Smyrna, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice.

**JOSEPH M. BERNSTEIN**

/s/ Joseph M. Bernstein
Joseph M. Bernstein, Esquire
DE Bar No. 780
800 North King Street, Suite 302
Wilmington, DE 19801
Attorney for Plaintiff

Dated: 12/  /05

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron, Esquire
DE Bar No. 2315
1220 North Market Street
Suite 300
P.O. Box 25047
Wilmington, DE 19899
Attorney for Defendants

Dated: 12/  /05

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

/s/ Kevin J. Connors
Kevin J. Connors, Esquire
DE Bar No. 2135
1220 North Market Street, 5th Floor
P.O. Box 130
Wilmington, DE 19899-0130

Dated: 2/7/06

H:\tmw5\data\files\Docs\3651.022\SOD\3157.wpd